UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID DIAZ-MARTINEZ | No. 17 CR 665-1<br><br>Honorable John Robert Blakey |

## GOVERNMENT'S MOTION TO DISMISS SUPERSEDING INDICTMENT AS TO DAVID DIAZ-MARTINEZ

The United States of America, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal of the superseding indictment with prejudice, R. 126, in the above-captioned case as to defendant David Diaz-Martinez, pursuant to Fed. R. Crim. P. 48(a).

Dated: April 25, 2023

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:  /s/ *Christine M. O'Neill*
CHRISTINE M. O'NEILL
EDWARD A. LIVA, JR.
Assistant U.S. Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4305